FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFF AND LYNN DIERINGER, husband and wife; and MARK AND CHRISTI DIERINGER, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEB HAALAND, in her capacity as Secretary of the U.S. Department of the Interior; CAMILLE TOUTON, in her capacity as Commissioner of the U.S. Bureau of Reclamation; and JENNIFER CARRINGTON, in her capacity as Acting Regional Director, Pacific Northwest Region of the U.S. Bureau of Reclamation,<br><br>    Defendants. | No. 2:18-CV-00344-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 48. The parties stipulate and request the Court dismiss this matter without prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss this case.

//

//

**ORDER DISMISSING CASE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, ECF No. 48, is **GRANTED**.

2. Any pending motions are **DISMISSED** as moot.

3. The telephonic status conference set for January 20, 2022 is **STRICKEN**.

4. This matter is **DISMISSED without prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of January 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE # 2**